JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAD A. STRANGE, | ) Case No. EDCV 15-193-KK |
| Plaintiff, | ) |
| v. | ) JUDGMENT |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

Pursuant to sentence four of Title 42 of the United States Code, section 405(g), IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is REVERSED and this action is REMANDED for further administrative proceedings.

DATED: JANUARY 19, 2016

HONORABLE KENLY KIYA KATO
UNITED STATES MAGISTRATE JUDGE